THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA    *
          *
          *    Criminal Action No.
   v.         *    1:22-CR-00330-ELR
          *
          *
          *    Civil Action No.
ABDUL JAMAL ALI       *    1:24-CV-0108-ELR
          *
          *

_____

**O R D E R**

_____

This matter is before the Court for consideration of the Report and Recommendation ("R&R") of Magistrate Judge J. Elizabeth McBath. [Doc. 22]. Petitioner filed a *pro se* §2255 Motion. [Doc. 13]. Judge McBath recommends that Petitioner's § 2255 Motion [Doc. 22] be denied and a Certificate of Appealability be denied as well.

After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district court judge may accept, reject, or modify a magistrate judge's R&R. 28 U.S.C. § 636(b)(1)(C); Williams v Wainwright, 681 F.2d 732 (11th Cir. 1982). No objections to the magistrate judge's R&R have been filed, and

therefore, the Court has reviewed the R&R for plain error. See <u>United States v Slay</u>, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no error.

Accordingly, the Court **ADOPTS** the R&R [Doc. 22] as the Opinion and Order of this Court.  For the reasons stated in the R&R, the Court **DENIES** Petitioner's Motion to vacate sentence under 28 U.S.C. § 2255. [Doc. 13].   Additionally, the Court **DECLINES** to issue a certificate of appealability because after considering 28 U.S.C. § 2253(c)(2), the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right.

The Court **DIRECTS** the Clerk to **CLOSE** the civil case associated with Petitioner's § 2255 Motion: Civil Action No. 1:24-CV-00108-ELR.

**SO ORDERED**, this 12th day of August 2026.

Eleanor L. Ross
United States District Judge
Northern District of Georgia